UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 23-9394-GW-JCx | Date | May 1, 2024 |
|---|---|---|---|
| Title | *Chrome Hearts LLC v. Intraco, Inc., et al.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Javier Gonzalez | None Present | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS:    IN CHAMBERS - SCHEDULING ORDER**

The Court has reviewed the Joint Rule 26(f) Report (Docket No. 24) and finds it can set the schedule in this matter without hearing further statements from the parties. As per C.D. Cal. L.R. 7-15, the May 2, 2024 scheduling conference date is taken off calendar. This lawsuit is a trademark infringement/unfair competition action which was initially filed on November 7, 2023.

The Court sets the following dates:

1. The parties are free to amend pleadings under Fed. R. Civ. P. 15 up to May 17, 2024. Thereafter, any further amendments must be made by motion under Rule 16 or otherwise by order of the Court.

2. A post-mediation status conference is set for November 14, 2024 at 8:30 a.m., with mediation to be completed by November 11, 2024. The parties have indicated a preference to mediate through: (1) the district or magistrate judge, or (2) a neutral from the Court's mediation panel. The parties will make arrangements so that the mediation can be completed by November 11 and a joint report filed with the Court by November 12, 2024.

3. All regular discovery will be completed by October 25, 2024. By "completed," the Court means that said discovery requests must be served sufficiently early such that a motion to compel (if necessary) can be filed, heard and complied with before the cut-off date.

4. All expert discovery will be "completed" (as described above) by November 19, 2024. The parties are to meet and agree in writing as to when initial expert reports will be exchanged and rebuttal expert reports thereafter.

5. The last day for the Court to hear any motions (other than motions in limine which will be heard at the pre-trial conference) is December 19, 2024.

|  | : |
|---|---|
| Initials of Preparer | JG |

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 23-9394-GW-JCx | Date | May 1, 2024 |
|---|---|---|---|
| Title | *Chrome Hearts LLC v. Intraco, Inc., et al.* | | |

6. The pre-trial conference will be held on January 23, 2025 at 8:30 a.m. *See* Judge Wu's Standing Order re Final Pre-Trial Conferences for Civil Jury Trials at
**http://www.cacd.uscourts.gov/sites/default/files/documents/GW/AD/Final%20Pretrial%20Order.pdf**

7. Jury trial will begin on February 4, 2025 at 9:00 a.m.

|  | : |
|---|---|
| Initials of Preparer | JG |